1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

VICENTE J. VELASCO and
NANSIRA A. VELASCO,

              Plaintiffs,

       vs.

FORD MOTOR COMPANY, a
Delaware Corporation; and DOES 1
through 10, inclusive,

              Defendants.

CASE NO. 5:19-cv-00595-JGB-SHK

Hon. Jesus G. Bernal

**ORDER GRANTING JOINT
STIPULATION TO REMAND
CASE TO THE SUPERIOR
COURT OF CALIFORNIA FOR
THE COUNTY OF SAN
BERNARDINO**

Complaint Filed: August 2, 2019
FAC Filed: December 27, 2019
SAC Filed: January 28, 2019

Removed: April 3, 2019

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

1   **ORDER**

2       Plaintiffs Vicente J. Velasco and Nansira A. Velasco ("Plaintiffs") and

3   Defendant Ford Motor Company ("Ford") (and collectively, the "Parties"), having

4   filed a Joint Stipulation to Remand Case to the Superior Court of California for the

5   County of San Bernardino, and the Court having duly considered the matter, the

6   Court hereby orders as follows:

7       The Court ORDERS that this action be remanded to the Superior Court of

8   California for the County of San Bernardino;

9       The Court ORDERS FURTHER that the Parties are to bear their own costs

10  and expenses relating to the removal of this action, including Plaintiffs' Motion for

11  Remand.

12      IT IS SO ORDERED.

13  DATED:  May 15, 2019

14                                          HON. JESUS G. BERNAL
15                                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT
4841-1699-9831v1/105231-0072                                    19-cv-00595